# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE BRENT WILSON, <br><br> Petitioner, <br><br> v. <br><br> CALIFORNIA COURT OF APPEAL, *et al.*, <br><br> Respondents. | Case No. CV 11-10563 JAK (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: October 19, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE